IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CONNIE ANN WICKLINE,

        Plaintiff,

v.                                CIVIL ACTION NO.  2:12-cv-03523

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

        Before the Court is Plaintiff Connie A. Wickline's Complaint seeking review of the decision of the Acting Commissioner of Social Security ("Commissioner") [ECF 2].  By Standing Order entered September 2, 2010 and filed in this case on July 23, 2012, this action was referred to former United States Magistrate Judge Mary E. Stanley for submission of proposed findings and a recommendation ("PF & R").  On April 8, 2013, this action, following Magistrate Judge Stanley's retirement, was referred to Magistrate Judge Dwane L. Tinsley.  Magistrate Judge Tinsley filed his PF & R [ECF 15] on August 16, 2013, recommending that this Court affirm the final decision of the Commissioner and dismiss this matter from the Court's docket.

        The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation

to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F .2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections to the August 16, 2013 PF & R in this case were due on September 3, 2013. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF & R [ECF 15], **AFFIRMS** the final decision of the Commissioner, **DISMISSES** the Complaint [ECF 2], and **DIRECTS** the Clerk to remove this case from the Court's docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        **ENTER:**  September 9, 2013

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE